IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TIMOTHY JUSTIN TACY,

    Plaintiff,

v.                                                    CASE NO. 1:05-cv-00122-MP-EMT

JIM WITT, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, recommending that this cause be dismissed without prejudice pursuant to 28 U.S.C. § 1915(A)(b)(1). The plaintiff filed his civil rights complaint on the required forms and in the two sections asking him whether he had filed previous lawsuits and any addressing the conditions of his confinement he said he had not, when in reality he had filed at least two other lawsuits, at least one of which addressed his confinement. The Magistrate Judge thus recommends dismissing his case as maliciously abusing the judicial process. The Court does not find credible plaintiff's assertions in his objections that bi-polar disorder played a part in this deception, considering the articulate and coherent pleadings plaintiff has filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. This action is DISMISSED as malicious under 28 U.S.C. § 1915(A)(b)(1); the motion for appointment of counsel, doc. 24, is denied; and the clerk is directed to close the file.

**DONE AND ORDERED** this   *4th* day of January, 2006

                            *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge